IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEENA ENFINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:16-CV-532-WKW |
| | )                  [WO] |
| JASON SMOKE, SGT. TURNER, | ) |
| COMMANDER REED, and | ) |
| DONALD VALENZA, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 21.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 21) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with court orders and properly prosecute this action.

A final judgment will be entered separately.

DONE this 2nd day of November, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE